**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DONALD LAWRENCE LASTRINA,

     Petitioner,

v.                                      Case No. 8:21-cv-1329-WFJ-AEP

SECRETARY, DEPARTMENT
OF CORRECTIONS,

     Respondent.

_____/

## <u>ORDER OF TRANSFER</u>

After examination of the petition (Doc. 1), it appears that this case should be transferred to the United States District Court for the Southern District of Florida because Mr. Lastrina challenges convictions entered in Highlands County, Florida, which is located within the jurisdiction of the Southern District.

Accordingly, pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), this case is **TRANSFERRED** to the United States District Court for the Southern District of Florida for all further proceedings. The **Clerk** shall forward the file to that District and close this case.

**ORDERED** in Tampa, Florida on June 7, 2021.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copy to: Donald Lawrence Lastrina, *pro se*